UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUSUMAM KOSHY, derivatively on behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG A. BARBAROSH, GEORGE H. BRISTOL, JAMES C. MALONE, PETER M. NEUPERT, MORRIS PANNER, D. RUSSELL PFLUEGER, STEVEN T. PLOCHOCKI, SHELDON RAZIN, LANCE E. ROSENZWEIG, and PAUL A. HOLT,<br><br>Defendants,<br><br>-and-<br><br>QUALITY SYSTEMS, INC.,<br><br>Nominal Defendant. | Case No. 8:17-cv-01694-CJC-JPR<br><br>**ORDER GRANTING PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Cormac J. Carney<br>Courtroom: 9B |

Upon consideration of the parties' Stipulation Regarding Briefing Schedule for Defendants' Motion to Dismiss, it is hereby ORDERED that the Stipulation is GRANTED, as follows:

1. Defendants shall have until January 12, 2018 to file a motion to

dismiss plaintiff's complaint;

2. Plaintiff shall have until February 9, 2018 to file a response to defendants' motion to dismiss; and

3. Defendants shall have until March 1, 2018 to file a reply in support of their motion to dismiss.

Dated: November 21, 2017

_____
Honorable Cormac J. Carney
UNITED STATES DISTRICT JUDGE